**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NICHOLAS COTTMAN
                              *

     Plaintiff
                              *

  vs.                                Civil Action No. 1:16-cv-3306-RDB
                              *

KWASI RAMSEY, ET AL.
                              *

     Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Nicholas Cottman, by and through his counsel, hereby requests that this Court dismiss the above-captioned case with prejudice, with each party to bear his own attorneys' fees and costs. Plaintiff's counsel has received approval to dismiss the case on the above terms from counsel for Jemiah Green, but has not received consent from Defendants Kwasi Ramsey or Richard Hanna due to their refusal to participate in these proceedings, or respond to attempts to contact them. Plaintiff thereby brings this Motion because all parties are unavailable to sign a Stipulation of Dismissal, and has attached a Proposed Order of Dismissal as "Exhibit A".

                                      /s/     Masai D. McDougall    /s/
                                      Masai D. McDougall
                                      **THE PEOPLE'S LAW FIRM**
                                      200 E. Lexington St., Suite 1111
                                      Baltimore, MD 21202
                                      202.361.9328 Mobile
                                      410.528.9751 Phone
                                      240. 331.1134 Facsimile
                                      masai.mcdougall@thepeopleslawfirm.net
                                      ***Attorney for Plaintiff Nicholas Cottman***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of May, 2019, the foregoing Plaintiff's Motion for Order of Dismissal and [Proposed] Order of Dismissal were electronically filed and served on all counsel of record through the Court's CM/ECF system and sent by U.S. Mail to the following individuals:

Kwasi Ramsey
4 Trestlewood Ct.
Randallstown, MD 21133

Richard Hanna
1641 Poole Rd.
Darlington, MD 21034

Dated: May 30, 2019                         /s/     Masai D. McDougall     /s/
                                            Masai D. McDougall